UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER M. BERGNE, | 1: 07 CV 00003 LJO WMW HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST FOR STAY |
| v. | [Doc.17] |
| JAMES A. YATES, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On May 23, 2008, Respondent filed a request for a stay pending issuance of the mandate in Hayward v. Marshall, Ninth Circuit Court of Appeals number 06-55392.  On June 19, 2008, Petitioner filed a response in which he states that he has no objection to the issuance of the stay.  Accordingly, good cause appearing, Respondent's request is HEREBY GRANTED. This case is STAYED pending issuance of the mandate in Hayward v. Marshall, now pending before the Ninth Circuit.  Respondent is DIRECTED to immediately inform the court upon the issuance of the

1  mandate.

3  IT IS SO ORDERED.

4  **Dated:   July 7, 2008**              **/s/  William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE