1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   PETER M. BERGNE,                         1:07-cv-00003 LJO-WMW  (HC)

12            Petitioner,                      ORDER GRANTING MOTION FOR
                                               RECONSIDERATION RE FILING OF
13        vs.                                  ANSWER

14   JAMES A. YATES,                           (DOCUMENT #22)

15            Respondent.                      THIRTY DAY DEADLINE

16   _____/

17        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On September 25, 2008, respondent filed a motion for reconsideration in which

19   he requested an extension of time to an answer to the petition for  writ of habeas corpus.  Good

20   cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT

21   IS HEREBY ORDERED that:

22        Respondent is granted thirty days from the date of service of this order in which to the

23   answer.

24

25   IT IS SO ORDERED.

26   **Dated:   September 29, 2008**          **/s/  William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE
27

28