UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER BERGNE, | 1:07-cv-00003 LJO WMW (HC) |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S MOTION FOR JUDICIAL NOTICE. |
| JAMES A. YATES, | [Doc. #27] |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 24, 2008, Respondent filed an Answer to Petitioner's petition. On November 12, 2008, Petitioner filed a traverse. On February 12, 2009, Petitioner filed a document entitled "Motion Requesting the District Court to Review and Take Judicial Notice of Decisional Law Herein and in Petitioner's Last Pleading." The Court may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). It appears that, through this motion, Petitioner is asking the Court to consider several points of argument relating directly to Respondent's answer. Because the Petitioner is arguing his case in the motion as opposed to asking the Court to notice facts that are capable of accurate and

1  ready determination, the Court will consider this motion a supplemental reply to Respondent's
2  answer and proceed as such.
3      Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts allows
4  a petitioner to "submit a reply to the respondent's answer or other pleading within in a time fixed by
5  the judge." Petitioner's traverse was filed within 30 days of Respondent's answer as set forth by the
6  judge, but the motion at issue was filed more than two months after the 30 day limit had expired
7  without good cause being shown as to why it was filed so late. Because Petitioner's supplemental
8  reply was untimely the motion is DENIED.
9  IT IS SO ORDERED.
10 **Dated:    February 18, 2009**              **/s/  William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE